**Order entered January 10, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01294-CV

### JAMES D. ANDERTON, AS TRUSTEE OF THE JIMMIE W. ANDERTON AND FRANCES E. ANDERTON REVOCABLE LIVING TRUST AGREEMENT, Appellant

### V.

### JENNIFER GREEN, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79011**

## ORDER

Before the Court is the January 9, 2020 request of Julie Vrooman, Official Court Reporter for the 354th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **February 10, 2020**.

/s/ KEN MOLBERG
   JUSTICE